UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | BANKRUPTCY CASE 17-11735 |
| RYAN A. BRITE ) | Chapter 7 |
| ) | |
| Debtor. ) | |

### MOTION TO TURNOVER PROPERTY

Comes now the Trustee, Yvette Gaff Kleven, and moves the Court for an Order of Turnover, and in support thereof, states the following:

1. This matter commenced by the filing of a Voluntary Petition under Chapter 7 of the Bankruptcy Code on September 7, 2017.

2. Yvette Gaff Kleven was appointed Chapter 7 Trustee.

3. The Trustee requested that the Debtor provide her with copies of his 2017 state and federal income tax returns.

4. The Debtor provided the Trustee with copies of his 2017 state and federal income tax returns showing the Pre-Petition portion of those refunds to be $1,199.52.

5. The Trustee requested that the Debtor surrender to his bankruptcy estate the sum of $1,199.52.

6. To date, the Debtor has failed to surrender to his bankruptcy estate the Pre-Petition portion of his income tax refunds in the amount of $1,199.52.

WHEREFORE, the Trustee prays that the Court issue an Order directing the Debtor to pay to his bankruptcy estate the sum of $1,199.52, and for all other just and proper relief in the premises.

Respectfully submitted,

/S/Yvette Gaff Kleven, #8373-02
Yvette Gaff Kleven, Chapter 7 Trustee
111 West Wayne Street
Fort Wayne, Indiana  46802
Telephone:  (260) 407-7077
ygk@adelspergerkleven.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 12th day of November, 2018, a true and correct copy of the above and foregoing Motion to Turnover Property was transmitted electronically through the Bankruptcy Court's ECF System to:

United States Trustee, USTPRegion10.SO.ECF.usdoj.gov

Justin R. Wall, Attorney at Law, justin@walllegalservices.com

and was sent via first class United States mail, postage prepaid, to:

Ryan A. Brite, 2528 Hogans Alley, Decatur, IN 46733

/S/Yvette Gaff Kleven, #8373-02
Yvette Gaff Kleven, Chapter 7 Trustee
111 West Wayne Street
Fort Wayne, Indiana   46802
Telephone:   (260) 407-7077
ygk@adelspergerkleven.com