**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 3:17-BK-11735-REG |
| | § | |
| RYAN A BRITE | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/07/2017. The undersigned trustee was appointed on 09/07/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                $2,468.23

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $81.23 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $2,387.00 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 01/23/2018 and the deadline for filing government claims was 03/07/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $617.06. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $617.06, for a total compensation of $617.06[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $155.20, for total expenses of $155.20.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/21/2019				By:	/s/ Yvette Gaff Kleven
							Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No.: 1

Exhibit A

| Case No.: | 17-11735-REG | Trustee Name: | Yvette Gaff Kleven |
|---|---|---|---|
| Case Name: | BRITE, RYAN A | Date Filed (f) or Converted (c): | 09/07/2017 (f) |
| For the Period Ending: | 5/21/2019 | §341(a) Meeting Date: | 10/12/2017 |
| | | Claims Bar Date: | 01/23/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  4894 N 400 W, Decatur, IN 46733-0000, Adams Coun | $62,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** Value Amended on 10/27/2017; Abandoned per Court Order dated 11/06/2017 | | | | | |
| 2  Cash | $20.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 27 | | | | | |
| 3  Checking: IAB | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1; | | | | | |
| 4  Checking: Soya FCU | $5.00 | $0.00 | | $0.00 | FA |
| 5  Checking: First Bank of Berne | $375.00 | $685.13 | | $685.13 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1; | | | | | |
| 6  Refrigerator, washer/dryer, cookware, furniture | $500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 27 | | | | | |
| 7  Grill | $250.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1; | | | | | |
| 8  ! Tools for work | $1,500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 27; Original asset description: Tools for work | | | | | |
| 9  | Carpentry tools | $20.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 27; Original asset description: Carpentry tools | | | | | |
| 10  j Everyday clothes and coats | $350.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 27; Original asset description: Everyday clothes and coats | | | | | |
| 11  Guns and ammunition | $95.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1; | | | | | |
| 12  Knights of Columbus Whole Life Policy Account Nu | $583.58 | $583.58 | | $583.58 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 27 | | | | | |
| 13  2009 Ford F150, 118000 miles, Fair condition. En | $7,144.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 27 | | | | | |
| 14  1996 Tracker Pro 18, Fishing boat. Entire proper | $500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1; | | | | | |
| 15  j Flat bed trailer, boat, fishing equipment, law | $5,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 27; Original asset description: Flat bed trailer, boat, fishing equipment, lawn | | | | | |
| 16  2017 tax returns                     (u) | $0.00 | $1,199.52 | | $1,199.52 | FA |

**TOTALS (Excluding unknown value)**                                                                                                    **Gross Value of Remaining Assets**

$78,342.58         $2,468.23                    $2,468.23          $0.00

FORM 1

Page No: 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No.: | 17-11735-REG | | Trustee Name: | Yvette Gaff Kleven |
|---|---|---|---|---|
| Case Name: | BRITE, RYAN A | | Date Filed (f) or Converted (c): | 09/07/2017 (f) |
| For the Period Ending: | 5/21/2019 | | §341(a) Meeting Date: | 10/12/2017 |
| | | | Claims Bar Date: | 01/23/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

TFR to UST 5-21-19; once filed with the Court, notice out the same. 5/21/2019 dlehner

Waiting on Orders for TT and Atty Comp; once received, prep TFR. 4/3/2019 dlehner

ready for fee apps and TFR; 3/27/2019 ykleven

dealing with claims issues; 3/13/19

debtor propose payment plan; 12/18/18

must surrender 2017 refunds; motion to turnover filed; 11/10/18

must surrender 2017 refunds; need to file motion to turnover; 10/19/18

must surrender refunds; 4/28/18

investigating 2017 taxes ; must surrender bank and insurance; 11/20/17

investigating 2017 taxes ; must surrender bank; object to amended exemptions; 11/6/17

investigating 2017 taxes ; must surrender bank; need bank statement ; object to insurance exemption; 10/18/17

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/12/2018 | /s/ YVETTE GAFF KLEVEN |
| **Current Projected Date Of Final Report (TFR):** | 12/12/2019 | YVETTE GAFF KLEVEN |

| | | | | | | Page No: 1    Exhibit B |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | |
|---|---|---|---|---|
| Case No. | 17-11735-REG | | Trustee Name: | Yvette Gaff Kleven |
| Case Name: | BRITE, RYAN A | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8500 | | Checking Acct #: | ******3501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 9/7/2017 | | Blanket bond (per case limit): | $42,291,316.00 |
| For Period Ending: | 5/21/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/15/2018 | | Rabobank, N.A. | Transfer Funds | 9999-000 | $1,188.71 | | $1,188.71 |
| 08/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $1.23 | $1,187.48 |
| 12/27/2018 | (16) | Ryan A. Brite | Installment Payment | 1224-000 | $200.00 | | $1,387.48 |
| 01/08/2019 | (16) | Ryan Brite | Installment Payment | 1224-000 | $400.00 | | $1,787.48 |
| 01/25/2019 | (16) | Ryan A. Brite | Payment | 1224-000 | $200.00 | | $1,987.48 |
| 02/14/2019 | (16) | Ryan Brite | Payment | 1224-000 | $200.00 | | $2,187.48 |
| 03/06/2019 | (16) | Ryan Brite | Installment Payment | 1224-000 | $199.52 | | $2,387.00 |
| | | | **TOTALS:** | | $2,388.23 | $1.23 | $2,387.00 |
| | | | **Less: Bank transfers/CDs** | | $1,188.71 | $0.00 | |
| | | | **Subtotal** | | $1,199.52 | $1.23 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $1,199.52 | $1.23 | |

| For the period of 9/7/2017 to 5/21/2019 | | For the entire history of the account between 08/15/2018 to 5/21/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,199.52 | Total Compensable Receipts: | $1,199.52 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,199.52 | Total Comp/Non Comp Receipts: | $1,199.52 |
| Total Internal/Transfer Receipts: | $1,188.71 | Total Internal/Transfer Receipts: | $1,188.71 |
| | | | |
| Total Compensable Disbursements: | $1.23 | Total Compensable Disbursements: | $1.23 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1.23 | Total Comp/Non Comp Disbursements: | $1.23 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

Page No: 2                Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-11735-REG | Trustee Name: | Yvette Gaff Kleven |
| Case Name: | BRITE, RYAN A | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***8500 | Checking Acct #: | ******8166 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 9/7/2017 | Blanket bond (per case limit): | $42,291,316.00 |
| For Period Ending: | 5/21/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/09/2018 | | WALL LEGAL SERVICES ON BEHALF OF RYAN BRITE | PAYMENT | * | $1,268.71 | | $1,268.71 |
| | {5} | | $685.13 | 1129-000 | | | $1,268.71 |
| | {12} | | $583.58 | 1129-000 | | | $1,268.71 |
| 01/31/2018 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $1,258.71 |
| 02/28/2018 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $1,248.71 |
| 03/30/2018 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $1,238.71 |
| 04/30/2018 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $1,228.71 |
| 05/31/2018 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $1,218.71 |
| 06/29/2018 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $1,208.71 |
| 07/31/2018 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $1,198.71 |
| 08/15/2018 | | Rabobank, N.A. | Bank Service Fee | 2600-000 | | $10.00 | $1,188.71 |
| 08/15/2018 | | Green Bank | Transfer Funds | 9999-000 | | $1,188.71 | $0.00 |

|  |  |  |  |
|---|---|---|---|
| TOTALS: | | $1,268.71 | $1,268.71 | $0.00 |
| Less: Bank transfers/CDs | | $0.00 | $1,188.71 | |
| Subtotal | | $1,268.71 | $80.00 | |
| Less: Payments to debtors | | $0.00 | $0.00 | |
| Net | | $1,268.71 | $80.00 | |

| For the period of 9/7/2017 to 5/21/2019 | | For the entire history of the account between 01/08/2018 to 5/21/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,268.71 | Total Compensable Receipts: | $1,268.71 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,268.71 | Total Comp/Non Comp Receipts: | $1,268.71 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $80.00 | Total Compensable Disbursements: | $80.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $80.00 | Total Comp/Non Comp Disbursements: | $80.00 |
| Total Internal/Transfer Disbursements: | $1,188.71 | Total Internal/Transfer Disbursements: | $1,188.71 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | Page No: 3 | | Exhibit B |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 17-11735-REG | **Trustee Name:** | Yvette Gaff Kleven |
| **Case Name:** | BRITE, RYAN A | **Bank Name:** | Rabobank, N.A. |
| **Primary Taxpayer ID #:** | **-***8500 | **Checking Acct #:** | ******8166 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Checking Account |
| **For Period Beginning:** | 9/7/2017 | **Blanket bond (per case limit):** | $42,291,316.00 |
| **For Period Ending:** | 5/21/2019 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $2,468.23 | $81.23 | $2,387.00 |

| For the period of 9/7/2017 to 5/21/2019 | | For the entire history of the case between 09/07/2017 to 5/21/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,468.23 | Total Compensable Receipts: | $2,468.23 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,468.23 | Total Comp/Non Comp Receipts: | $2,468.23 |
| Total Internal/Transfer Receipts: | $1,188.71 | Total Internal/Transfer Receipts: | $1,188.71 |
| | | | |
| Total Compensable Disbursements: | $81.23 | Total Compensable Disbursements: | $81.23 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $81.23 | Total Comp/Non Comp Disbursements: | $81.23 |
| Total Internal/Transfer Disbursements: | $1,188.71 | Total Internal/Transfer Disbursements: | $1,188.71 |

/s/ YVETTE GAFF KLEVEN

YVETTE GAFF KLEVEN

| Case No. | 17-11735-REG | | Trustee Name: | Yvette Gaff Kleven |
|---|---|---|---|---|
| Case Name: | BRITE, RYAN A | | Date: | 5/21/2019 |
| Claims Bar Date: | 01/23/2018 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | YVETTE GAFF KLEVEN  111 W. Wayne Street  Fort Wayne IN 46802 | 08/13/2018 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $617.06 | $617.06 | $0.00 | $0.00 | $0.00 | $617.06 |
| **Claim Notes:** | Approved: 4-4-2019 | | | | | | | | | | | |
| | ADELSPERGER & KLEVEN, LLP  111 West Wayne Street  Fort Wayne IN 46802 | 04/02/2019 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $192.50 | $192.50 | $0.00 | $0.00 | $0.00 | $192.50 |
| **Claim Notes:** | Approved: 4-4-2019 | | | | | | | | | | | |
| | YVETTE GAFF KLEVEN  111 W. Wayne Street  Fort Wayne IN 46802 | 04/02/2019 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $155.20 | $155.20 | $0.00 | $0.00 | $0.00 | $155.20 |
| **Claim Notes:** | Approved: 4-4-2019 | | | | | | | | | | | |
| 1 | CENTRAL SOYA FEDERAL CREDIT UNION  1200 N. 2nd Street  Decatur IN 46733 | 11/01/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,474.54 | $7,474.54 | $0.00 | $0.00 | $0.00 | $7,474.54 |
| 2 | INDIANA DEPARTMENT OF REVENUE  Bankruptcy Section - MS 108  100 North Senate Avenue, N240  Indianapolis IN 46204 | 11/28/2017 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $1,380.49 | $1,380.49 | $0.00 | $0.00 | $0.00 | $1,380.49 |
| 2a | INDIANA DEPARTMENT OF REVENUE  Bankruptcy Section - MS 108  100 North Senate Avenue, N240  Indianapolis IN 46204 | 11/28/2017 | Fines, Penalties § 726(a)(4) | Allowed | 7300-000 | $0.00 | $130.00 | $130.00 | $0.00 | $0.00 | $0.00 | $130.00 |

**CLAIM ANALYSIS REPORT**                                    Page No: 2         Exhibit C

| Case No. | 17-11735-REG | | | | | | Trustee Name: | Yvette Gaff Kleven |
|---|---|---|---|---|---|---|---|---|
| Case Name: | BRITE, RYAN A | | | | | | Date: | 5/21/2019 |
| Claims Bar Date: | 01/23/2018 | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | VERIZON<br><br>by American InfoSource LP as agent<br>4515 N. Santa Fe Ave<br>Oklahoma City OK 73118 | 12/15/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $790.06 | $790.06 | $0.00 | $0.00 | $0.00 | $790.06 |
| 4 | LVNV FUNDING, LLC<br><br>Resurgent Capital Services<br>PO Box 10587<br>Greenville SC 29603-0587 | 01/10/2018 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $0.00 | $988.28 | $988.28 | $0.00 | $0.00 | $0.00 | $988.28 |
| 5 | DYCK-O'NEAL, INC.<br><br>P.O. Box 601549<br>Dallas TX 75360 | 10/15/2018 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $0.00 | $8,342.60 | $8,342.60 | $0.00 | $0.00 | $0.00 | $8,342.60 |
| | | | | | | $20,070.73 | $20,070.73 | $0.00 | $0.00 | $0.00 | $20,070.73 |

CLAIM ANALYSIS REPORT

Page No: 3  Exhibit C

| Case No. | 17-11735-REG | Trustee Name: | Yvette Gaff Kleven |
| Case Name: | BRITE, RYAN A | Date: | 5/21/2019 |
| Claims Bar Date: | 01/23/2018 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Fees (Trustee Firm) | $192.50 | $192.50 | $0.00 | $0.00 | $0.00 | $192.50 |
| Claims of Governmental Units | $1,380.49 | $1,380.49 | $0.00 | $0.00 | $0.00 | $1,380.49 |
| Fines, Penalties § 726(a)(4) | $130.00 | $130.00 | $0.00 | $0.00 | $0.00 | $130.00 |
| General Unsecured § 726(a)(2) | $8,264.60 | $8,264.60 | $0.00 | $0.00 | $0.00 | $8,264.60 |
| Payments to Unsecured Credit Card Holders | $988.28 | $988.28 | $0.00 | $0.00 | $0.00 | $988.28 |
| Tardy General Unsecured § 726(a)(3) | $8,342.60 | $8,342.60 | $0.00 | $0.00 | $0.00 | $8,342.60 |
| Trustee Compensation | $617.06 | $617.06 | $0.00 | $0.00 | $0.00 | $617.06 |
| Trustee Expenses | $155.20 | $155.20 | $0.00 | $0.00 | $0.00 | $155.20 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 3:17-BK-11735-REG
Case Name: RYAN A BRITE
Trustee Name: Yvette Gaff Kleven

Balance on hand: $2,387.00

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $2,387.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Yvette Gaff Kleven, Trustee Fees | $617.06 | $0.00 | $617.06 |
| Yvette Gaff Kleven, Trustee Expenses, Expenses | $155.20 | $0.00 | $155.20 |
| Adelsperger & Kleven, LLP, Attorney for Trustee Fees | $192.50 | $0.00 | $192.50 |

Total to be paid for chapter 7 administrative expenses: $964.76
Remaining balance: $1,422.24

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $1,422.24

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,380.49 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | | | | |

**UST Form 101-7-TFR (5/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 2 | Indiana Department of Revenue | $1,380.49 | $0.00 | $1,380.49 |

|  |  |
|---|---:|
| Total to be paid to priority claims: | $1,380.49 |
| Remaining balance: | $41.75 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $9,252.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Central Soya Federal Credit Union | $7,474.54 | $0.00 | $33.73 |
| 3 | Verizon | $790.06 | $0.00 | $3.56 |
| 4 | LVNV Funding, LLC | $988.28 | $0.00 | $4.46 |

|  |  |
|---|---:|
| Total to be paid to timely general unsecured claims: | $41.75 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $8,342.60 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 5 | Dyck-O'Neal, Inc. | $8,342.60 | $0.00 | $0.00 |

|  |  |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $130.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2a | Indiana Department of Revenue | $130.00 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

UST Form 101-7-TFR (5/1/2011)