UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| RYAN A BRITE ) | BANKRUPTCY CASE NUMBER: 17-11735-REG |
| ) | CHAPTER 7 |
| ) | |
| DEBTOR. ) | |

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on June 27, 2019, a true and correct copy of the attached Notice of Trustee's Final Report was transmitted electronically through the Bankruptcy Court's ECF System to the Bankruptcy Court Clerk, and to the United States Trustee at USTPRegion10.SO.ECF@usdoj.gov, Justin R. Wall, justin@walllegalservices.com, and was sent via first class United States mail, postage prepaid, to: RYAN A BRITE, 2528 Hogans Alley, Decatur, IN 46733, and to the creditors and interested parties listed on the attached sheet.

/s/ Yvette Gaff Kleven

Yvette Gaff Kleven, Trustee
111 West Wayne Street
Fort Wayne, IN  46802
Telephone:  (260) 407-7077
ygk@adelspergerkleven.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| **In re:** § | **Case No. 3:17-BK-11735-REG** | |
| § | | |
| **RYAN A BRITE** § | | |
| § | | |
| § | | |
| § | | |
| **Debtor(s)** § | | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Yvette Gaff Kleven, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

1300 S. Harrison Street, Fort Wayne, IN  46802

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  06/27/2019          By:  /s/ Yvette Gaff Kleven
                                        Trustee

Yvette Gaff Kleven
111 W. Wayne Street
Fort Wayne, IN 46802

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| In re: | § | Case No. 3:17-BK-11735-REG |
|---|---|---|
| | § | |
| **RYAN A BRITE** | § | |
| | § | |
| | § | |
| **Debtor(s)** | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $2,468.23
*and approved disbursements of* $81.23
*leaving a balance on hand of[1]:* $2,387.00

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $2,387.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Yvette Gaff Kleven, Trustee Fees | $617.06 | $0.00 | $617.06 |
| Yvette Gaff Kleven, Trustee Expenses, Expenses | $155.20 | $0.00 | $155.20 |
| Adelsperger & Kleven, LLP, Attorney for Trustee Fees | $192.50 | $0.00 | $192.50 |

Total to be paid for chapter 7 administrative expenses: $964.76
Remaining balance: $1,422.24

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
| | Remaining balance: | $1,422.24 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,380.49 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Indiana Department of Revenue | $1,380.49 | $0.00 | $1,380.49 |

| | Total to be paid to priority claims: | $1,380.49 |
|---|---|---|
| | Remaining balance: | $41.75 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $9,252.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Central Soya Federal Credit Union | $7,474.54 | $0.00 | $33.73 |
| 3 | Verizon | $790.06 | $0.00 | $3.56 |
| 4 | LVNV Funding, LLC | $988.28 | $0.00 | $4.46 |

| | Total to be paid to timely general unsecured claims: | $41.75 |
|---|---|---|
| | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $8,342.60 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 5 | Dyck-O'Neal, Inc. | $8,342.60 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $130.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 2a | Indiana Department of Revenue | $130.00 | $0.00 | $0.00 |

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By:   /s/ Yvette Gaff Kleven
                    Trustee

Yvette Gaff Kleven
111 W. Wayne Street
Fort Wayne, IN 46802

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Aargon Collection Agen<br>8668 Spring Mountain Rd<br>Las Vegas, NV 89117 | Adams Circuit Court<br>PO Box 610<br>Decatur, IN 46733 | Adams County Treasurer<br>313 West Jefferson Street<br>Decatur IN 46733 |
| Adams Superior Court<br>112 S 2nd St<br>Decatur, IN 46733 | Armond Law Group<br>8668 Spring Mountain Road, Suite 101<br>Las Vegas, NV 89117 | Balance<br>1655 Grant Street Suite 1300<br>Concord, CA 94520 |
| Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Central Loan Admin & R<br>425 Phillips Blvd<br>Ewing, NJ 08618 | Central Soya Fcu<br>1202 S 13th St<br>Decatur, IN 46733 |
| Central Soya Federal Credit Union<br>1200 N. 2nd Street<br>Decatur, IN 46733 | Convergent Outsourcing Inc.<br>800 SW 39th St.<br>Renton, WA 98057 | Credit Acceptance<br>25505 W. Twelve Mile Road<br>Ste. 3000<br>Southfield, MI 48034 |
| Credit Coll<br>725 Canton St<br>Norwood, MA 02062 | Dyck-O'Neal, Inc.<br>P.O. Box 601549<br>Dallas, TX 75360 | Indiana Department of Revenue<br>Bankruptcy Section - MS 108<br>100 North Senate Avenue, N240<br>Indianapolis IN 46204 |
| Jack Morris<br>4666 West Jefferson Blvd<br>STE 190<br>Fort Wayne, IN 46804 | Kay Jewelers<br>375 Ghent Rd<br>Fairlawn, OH 44333 | Lvnv Funding Llc<br>Po Box 10497<br>Greenville, SC 29603 |
| LVNV Funding, LLC its successors and assigns as assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Manley Deas Kochalski LLC<br>PO Box 441039<br>Indianapolis, IN 46244 | Mendi Brite<br>Unknown |
| Nationstar Mortgage<br>350 Highland Drive<br>Lewisville, TX 75067 | Stenger & Stenger<br>2618 East Paris Ave SE<br>Grand Rapids, MI 49546 | Summit Acct<br>4911 Illinois Rd<br>Fort Wayne, IN 46804 |
| Syncb/Care Credit<br>PO Box 965036 | Synchrony Bank<br>c/o PRA Receivables Management LLC<br>PO Box 41021<br>Norfolk, VA 23541 | Verizon<br>by American InfoSource LP as agent<br>4515 N. Santa Fe Ave<br>Oklahoma City, OK 73118 |
| Verizon Wireless<br>Po Box 650051<br>Dallas, TX 75265 | | |